**UNITED STATES DISTRICT COURT** **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| *versus* | § | **NO. 9:23-CR-6-MAC** |
| | § | |
| | § | |
| **TYSON BLAKE WELLS** | § | |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred a petition alleging violations of supervised release conditions to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The court received and considered the Report of the United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence.

At the close of the revocation hearing, U.S. Magistrate Judge Christine L. Stetson recommended:

1. finding the Defendant violated the third allegation in the petition that he failed to follow a special condition of release;

2. revoking the Defendant's supervised release pursuant to 18 U.S.C. § 3583; and

3. sentencing the Defendant to a term of 8 months' imprisonment to be served at the Federal Medical Center in Fort Worth, Texas, if the Bureau of Prisons can accommodate such request with eighteen (18) months of supervised release to follow. The court adopts the magistrate judge's recommended findings for the imposition of the same standard, mandatory, and special conditions of supervised release previously imposed when the Defendant was originally sentenced, as well as the subsequent modifications made to his conditions. The court also imposes a new special condition that Defendant must reside in a residential reentry center or similar facility, in a community corrections component, for a period of 180 days to commence at a time determined by the U.S. Probation Office. He must abide by the rules and regulations of the center and pay subsistence according to the U.S. Bureau of Prisons' guidelines.

At the close of the revocation hearing, the Defendant, defense counsel and counsel for the Government each signed a standard form waiving their right to object to the proposed findings and recommendations contained in the magistrate judge's report, consenting to revocation of supervised release and imposition of the sentence recommended. The Defendant also waived his right to be present with counsel and to speak at sentencing before the court imposes the recommended sentence.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. It is therefore

**ORDERED** and **ADJUDGED** that the petition is **GRANTED** and Tyson Blake Wells's supervised release is **REVOKED**.

Judgment and commitment will be entered separately, in accordance with the magistrate judge's recommendations.

SIGNED at Beaumont, Texas, this 16th day of October, 2026.

Marcia A. Crone

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE